*Pittman v. Halloran, et al.*
Case No.: 23 CV 14786

# EXHIBIT D

## COMPLAINT CATEGORY TABLES - INTERNAL AFFAIRS DIVISION/CHICAGO POLICE

### COMPLAINT CATEGORIES

**Group 1 - VERBAL ABUSE**
- 01A  Use of Profanity
- 01B  Racial/Ethnic, etc.
- 01C  Miscellaneous

**Group 02 - ALCOHOL ABUSE**
- 02A  Intoxicated On Duty
- 02B  Intoxicated Off Duty
- 02C  D.U.I. - On Duty
- 02D  D.U.I. - Off Duty
- 02E  Possession/Drinking Alcohol - On Duty
- 02G  Miscellaneous

**Group 03 - CIVIL RIGHTS VIOLATIONS**
- 03A  First Amendment
- 03B  Search of Person Without Warrant
- 03C  Search of Premise/Vehicle Without Warrant
- 03D  Illegal Arrest
- 03E  Injury/Death (Under color of law)
- 03F  Failure to Insure
- 03G  Miscellaneous

**Group 04 - ARREST/LOCKUP PROCEDURES**
- 04A  Bonding/Booking/Processing
- 04B  Arrest, Improper
- 04C  Excessive Detention
- 04D  Search, Person/Property
- 04E  Prisoner's Property - Inventory/Receipt
- 04F  Escape
- 04G  Telephone - Attorney/Relative Privileges
- 04H  Proper Care, Injury/Death
- 04J  Miscellaneous

**Group 05 - EXCESSIVE FORCE**
- 05A  Arrestee - During Arrest
- 05B  Arrestee - After Arrest, Prior to Lockup
- 05C  Arrestee - Lockup/Detention
- 05D  No Arrest
- 05E  Traffic
- 05F  Domestic
- 05G  Weapon, Use/Display of
- 05H  Miscellaneous
- 05J  "U" Converted to C.R. (Records Keeping Only, Initial Complaint Category)

**Group 06 - BRIBERY/OFFICIAL CORRUPTION**
- 06A  Solicit/Accept Bribe (Non-Traffic)
- 06B  Solicit/Accept Bribe (Traffic)
- 06C  Extortion
- 06D  Bribe, Failure to Report
- 06E  Gratuity
- 06F  Recommend Professional Service
- 06G  Use Official Position
- 06H  An Act to Circumvent Criminal Prosecution
- 06J  Miscellaneous

**Group 07 - TRAFFIC (Not Bribery/Excessive Force)**
- 07A  Misconduct During Issuance of Citation
- 07B  Improper Processing/Reporting/Procedures
- 07C  Violation (other than D.U.I.) - On Duty
- 07D  Parking Complaints
- 07E  Fail to Enforce Traffic Regulations
- 07F  Miscellaneous

**Group 08 - COMMISSION OF CRIME**
- 08A  Murder/Manslaughter, etc.
- 08B  Assault/Battery, etc.
- 08C  Rape/Sex Offenses
- 08D  Burglary
- 08E  Auto Theft
- 08F  Theft
- 08G  Shoplifting
- 08H  Robbery
- 08J  Drugs/Contr. Sub., Possession or Sale
- 08K  Damage/Trespassing Property
- 08L  Arson
- 08M  Other Felony
- 08N  Miscellaneous

**Group 09 - CONDUCT UNBECOMING VIOLATIONS (Off Duty)**
- 09A  Altercation/Disturbance - Domestic
- 09B  Altercation/Disturbance - Neighbor
- 09C  Altercation/Disturbance - Traffic
- 09D  Traffic Violation (Other than D.U.I.)
- 09E  Misdemeanor Arrest
- 09F  Sexual Misconduct
- 09G  Abuse of Authority
- 09H  Judicial Process/Directive - Contempt
- 09J  Miscellaneous

**Group 10 - OPERATION/PERSONNEL VIOLATIONS**
- 10A  Absent Without Permission
- 10B  Medical Roll
- 10C  Compensatory Time
- 10D  Communication Operations Procedures
- 10E  Secondary/Special Employment
- 10F  Court Irregularities
- 10G  Unfit for Duty
- 10H  Leaving Assignment (District, Beat, Sector, Court)
- 10J  Neglect of Duty/Conduct Unbecoming - On Duty
- 10K  Late - Roll Call/Assignment/Court
- 10L  Weapon/Ammunition/Uniform Deviation
- 10M  Insubordination
- 10N  Lunch/Personal Violations
- 10P  Misuse of Department Equipment/Supplies
- 10Q  Misuse Department Records
- 10R  Residency
- 10S  Sexual Harassment
- 10T  Reports - Failed to Submit/Improper
- 10U  Inadequate/Failure to Provide Service
- 10V  Inventory Procedures
- 10W  Vehicle Licensing - City
- 10X  Vehicle Licensing - State
- 10Y  Act to Circumvent Proper Administrative Action
- 10Z  Miscellaneous

**Group 12 - SUPERVISORY RESPONSIBILITIES**
- 12A  Proper Action, Initiate
- 12B  Proper Direction - Subordinate
- 12C  Proper Action Review/Inspect - Subordinate
- 12D  Fail to Obtain a Complaint Register Number
- 12E  Improper/Inadequate Investigation
- 12F  Miscellaneous

**Group 14 - CIVIL SUITS**
- 14A  State Civil Suit
- 14B  Federal Civil Suit

**Group 15 - DRUG/SUBSTANCE ABUSE**
- 15A  Use/Abuse Drugs / Contr. Substance - On Duty
- 15B  Use/Abuse Drugs / Contr. Substance - Off Duty
- 15C  D.U.I., Drugs/ Contr. Sub. - On Duty
- 15D  D.U.I., Drugs/ Contr. Sub. - Off Duty
- 15E  Positive Drug Screen-Originated from Complaint
- 15F  Positive Drug Screen - Recruit
- 15G  Positive Drug Screen - Promotion Physical
- 15H  Positive Drug Screen - Other Physical Exam
- 15J  Refusal of Direct Order to Provide Drug Screen Specimen
- 15K  Miscellaneous

CPD-44.248 (Rev. 12/88)

EXHIBIT 7 PJB 2.0.19

### I.A.D. PREMISE/LOCATION CODES

| | |
|---|---|
| 01 | Food Sales, Restaurant |
| 02 | Tavern, Liquor Store |
| 03 | Other Business Establishment |
| 04 | Police Building |
| 05 | Lockup Facility |
| 06 | Police Maintenance Facility |
| 07 | CPD Automotive Pound Facility |
| 08 | Other Police Property |
| 09 | Police Communications System |
| 10 | Court Room |
| 11 | Public Transportation Vehicle/Facility |
| 12 | Park District Property |
| 13 | Airport |
| 14 | Public Property - Other |
| 15 | Other Private Premise |
| 16 | Expressway/Interstate System |
| 17 | Public Way - Other |
| 18 | Waterway (Including Park District) |
| 19 | Private Residence |
| 20 | Unknown at This Time |

### I.A.D. PHYSICAL CONDITION CODES

| | |
|---|---|
| 01 | No Visible Injury - Apparently Normal |
| 02 | No Visible Injury - Under Influence |
| 03 | Injured, Not Hospitalized |
| 04 | Injured, Not Hospitalized - Under Influence |
| 05 | Injured, Hospitalized |
| 06 | Injured, Hospitalized - Under Influence |
| 07 | Injured, Refused Medical Aid |
| 08 | Injured, Refused Medical Aid - Under Influence |
| 09 | Deceased |
| 10 | Deceased - Under Influence |

### I.A.D. CASE STATUS

| | |
|---|---|
| ACT | Active |
| ADD | Additional Investigation |
| CLO | Closed |
| HOA | Hold For - Alcohol Program |
| HOD | Hold For - Disability Pension |
| HOM | Hold For - Extended Medical Roll |
| HOP | Hold For - Psychiatric Evaluation |
| HOS | Hold For Investigation |