# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Thomas Sierra
                    Plaintiff,

v.                                              Case No.: 1:18−cv−03029
                                                Honorable John Z. Lee

Reynaldo Guevara, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 7, 2018:

   MINUTE entry before the Honorable John Z. Lee:Status hearing held on 11/7/18.
For the reasons stated on the record, Defendant City of Chicago's motion to bifurcate the
Monell claim [56] is denied without prejudice. Fact discovery is extended until 9/30/19.
This case is referred to Magistrate Judge Weisman for general discovery supervision.
Status hearing set for 5/22/19 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.