# **EXHIBIT C**

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Geraldo Iglesias

                              Plaintiff,

v.                                                     Case No.: 1:19−cv−06508
                                                                Honorable Franklin U. Valderrama

JoAnn Halvorsen, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 14, 2021:

    MINUTE entry before the Honorable Maria Valdez: Defendant City of Chicago's Motion to Bifurcate Plaintiff's Monell Claims and to Stay Monell Discovery [80] is denied. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.