IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCELOUS PITTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 23-CV-14786 |
| | ) | |
| v. | ) | Hon. Judge Georgia N. Alexakis |
| | ) | |
| JOHN HALLORAN, et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**CITY DEFENDANTS' MOTION FOR EXTENSION OF
TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION
TO BIFURCATE PLAINTIFFS'** *MONELL* **CLAIMS FOR TRIAL
AND STAY DISCOVERY ON THOSE CLAIMS (UNOPPOSED)**

Defendants John Halloran, James O'Brien, Ronnie Lewis, John L. Foster, Eileen O'Donnell, John Henry, P. McCormack, and James Breen and the City of Chicago (collectively, "City Defendants"), by their respective undersigned attorneys, move for an extension of time until September 25, 2024, to file their reply in support of their Joint Motion to Bifurcate Plaintiffs' *Monell* Claims for Trial and Stay Discovery on Those Claims, and in support state as follows:

1. On August 2, 2024, City Defendants filed their Joint Motion to Bifurcate Plaintiffs' *Monell* Claims for Trial and Stay Discovery on Those Claims ("Motion"). Dkt. 94. That same day, then-presiding judge the Honorable Lindsay C. Jenkins entered the following briefing schedule on the Motion: Plaintiffs' response brief was due by August 30, 2024, and City Defendants' reply brief was due by September 13, 2024. Dkt. 95.

2. Plaintiff Marcelous Pittman filed an unopposed motion on August 28, 2024, requesting an extension of time until September 4, 2024, to respond to City Defendants' Motion, and an extension of time for Defendants to file their reply brief until Septenber 18,

2024. Dkt. 99. On August 29, this Court granted Plaintiff's motion. Dkt. 100.

3. City Defendants now seek a one-week extension of time until September 25, 2024, to file their reply. City Defendants have not previously sought an extension.

4. City Defendants have been diligently working on their reply, but need additional time due to their obligations in other cases and the number and complexity of the issues raised in the preceding filings referred to above.

5. Plaintiff does not oppose City Defendants' motion for an extension of time to file their reply.

WHEREFORE, City Defendants respectfully request an extension of time until September 25, 2024, to file their reply in support of their Joint Motion to Bifurcate Plaintiffs' *Monell* Claims for Trial and Stay Discovery on Those Claims.

| | |
|---|---|
| Date: September 10, 2024 | Respectfully submitted, |
| /s/ Andrew J. Grill | /s/ George J. Yamin Jr. |
| ANDREW J. GRILL, Atty. No. 6288196 | GEORGE J. YAMIN JR. Atty. No. 6217483 |
| *One of the Attorneys for Officer Defendants* | *One of the Attorneys for Defendant City of Chicago* |
| Andrew J. Grill | James G. Sotos |
| Eileen Rosen | Lisa M. Meador |
| Brittany Johnson | Joseph M. Polick |
| Patrick Moran | George J. Yamin Jr. |
| Stacy A. Benjamin | Alexis M. Gamboa |
| Erica Fatima | Claudia C. Fantauzzo |
| Lauren Ferrise | THE SOTOS LAW FIRM, P.C. |
| Annie Goldstein | 141 W. Jackson Blvd, Suite 1240A |
| Rock Fusco & Connelly, LLC | Chicago, IL 60604 |
| 333 W. Wacker Drive, 19th Floor | Tel: (630) 735-3300 |
| Chicago, IL 60606 | gyamin@jsotoslaw.com |
| Tel: (312) 494-1000 | |

**CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on September 10, 2024, I electronically filed the foregoing **City Defendants' Motion for Extension of Time to File Reply in Support of City Defendants' Motion to Bifurcate Plaintiffs'** *Monell* **Claims for Trial and Stay Discovery on Those Claims (Unopposed)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed below.

***Attorneys for Plaintiff:***
Julia Rickert
Jon Loevy
Renee Spence
Annie Prossnitz
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Tel: (312) 243-5900
julia@loevy.com
jon@loevy.com
spence@loevy.com
prossnitz@loevy.com

***Attorneys for Cook County, Illinois:***
Joseph A. Hodal
Cook County State's Attorney's Office
50 W. Washington St., Room 500
Chicago, IL 60602
Tel: (312) 603-5527
joseph.hodal@cookcountysao.org

***Attorneys for Karen Wehrle, now known as Karen Wehrle Dooley:***
Robert T. Shannon
Danielle Mikhail
Michael C. Stephenson
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Tel: (312) 704-3000
rshannon@hinshawlaw.com
dmikhail@hinshawlaw.com
mstephenson@hinshawlaw.com

***Attorneys for Michael Clancy, John L. Foster, John Halloran, Ronnie Lewis, and James O'Brien:***
Andrew J. Grill
Brittany D. Johnson
Stacy A. Benjamin
Erica Fatima
Lauren Ferrise
Patrick R. Moran
Eileen E. Rosen
Annie Goldstein
Rock Fusco & Connelly, LLC
333 W. Wacker Dr., 19th Floor
Chicago, IL 60606
Tel: (312) 494-1000
agrill@rfclaw.com
bjohnson@rfclaw.com
sbenjamin@rfclaw.com
efatima@rfclaw.com
lferrise@rfclaw.com
pmoran@rfclaw.com
erosen@rfclaw.com
agoldstein@rfclaw.com

    /s/ George J. Yamin Jr.
    GEORGE J. YAMIN, JR. Atty. No. 6217483
    *One of the Attorneys for City of Chicago*