**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARCELOUS PITTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:23-CV-14786 |
| | ) | |
| JOHN HALLORAN, JAMES O'BRIEN, | ) | Honorable Judge Georgia N. Alexakis |
| MICHAEL CLANCY, RONNIE LEWIS, | ) | |
| JOHN L. FOSTER, EILEEN O'DONNELL, | ) | |
| JOHN HENRY, P. MCCORMACK, JAMES | ) | |
| BREEN, UNKNOWN EMPLOYEES OF THE | ) | |
| CITY OF CHICAGO, THE CITY OF CHICAGO, | ) | |
| KAREN WEHRLE and COOK COUNTY, | ) | |
| ILLINOIS. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO WITHDRAW AND SUBSTITUTE ATTORNEYS**

Defendants, Eileen O'Donnell, with Deborah O'Donnell Helfenbein as special representative, Patrick McCormack, with Geri Lynn Yanow as special representative, and James Breen, respectfully move this Honorable Court to allow the withdrawal of Brittany D. Johnson of Rock, Fusco & Connelly, LLC., as their attorneys, and to substitute Brian P. Gainer, Lisa M. McElroy, and Jack A. Gainer, of the law firm of JOHNSON & BELL, LTD., as their attorneys. Counsel from Johnson & Bell Ltd., has spoken with Ms. Johnson concerning this motion, and she consents to same. Ms. Johnson will remain counsel of record for the other parties in this case for whom she has appeared. Counsel from Johnson & Bell, Ltd., has also spoken with counsel for the plaintiff, who does not oppose this motion.

Dated: May 21, 2026

Respectfully submitted,

/s/*Brian P. Gainer*
Attorney for Defendants

1

Brian P. Gainer (gainerb@jbltd.com)
Lisa M. McElroy (mcelroyl@jbltd.com)
Jack A. Gainer (gainerj@jbltd.com)
**JOHNSON & BELL, LTD.**
33 W. Monroe St., Ste. 2700
Chicago, Illinois 60603
(312) 372-0770

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARCELOUS PITTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:23-CV-14786 |
| | ) | |
| JOHN HALLORAN, JAMES O'BRIEN, | ) | Honorable Judge Georgia N. Alexakis |
| MICHAEL CLANCY, RONNIE LEWIS, | ) | |
| JOHN L. FOSTER, EILEEN O'DONNELL, | ) | |
| JOHN HENRY, P. MCCORMACK, JAMES | ) | |
| BREEN, UNKNOWN EMPLOYEES OF THE | ) | |
| CITY OF CHICAGO, THE CITY OF CHICAGO, | ) | |
| KAREN WEHRLE and COOK COUNTY, | ) | |
| ILLINOIS. | ) | |
| | ) | |
| Defendants. | ) | |

**SUBSTITUTION OF ATTORNEYS**

Brittany Danielle Johnson hereby withdraws as counsel on behalf of Defendants, Eileen O'Donnell, with Deborah O'Donnell Helfenbein as special representative, Patrick McCormack, with Geri Lynn Yanow as special representative, and James Breen, in the above-captioned cause, and consents to a substitution.

By:     */s/ Brittany D. Johnson*
               Brittany D. Johnson

JOHNSON & BELL, LTD., hereby enters their substitution of counsel on behalf of Defendants, Eileen O'Donnell, with Deborah O'Donnell Helfenbein as special representative, Patrick McCormack, with Geri Lynn Yanow as special representative, and James Breen, in the above-captioned cause, in lieu of Brittany Danielle Johnson, whose appearance is hereby withdrawn for these defendants.

BY:     */s/ Brian P. Gainer*
               Brian P. Gainer

1

Brian P. Gainer (gainerb@jbltd.com)
Lisa M. McElroy (mcelroyl@jbltd.com)
Jack A. Gainer (gainerj@jbltd.com)
**JOHNSON & BELL, LTD.**
33 W. Monroe St., Suite 2700
Chicago, Illinois 60603
Tel: (312) 372-0770
Fax: (312) 372-9818